# United States Court of Appeals
### For the Eighth Circuit
_____

No. 20-1832
_____

Nathaniel Johnross Weibel

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of South Dakota - Western
_____

Submitted: April 16, 2021
Filed: July 6, 2021
[Unpublished]
_____

Before LOKEN, WOLLMAN, and STRAS, Circuit Judges.
_____

PER CURIAM.

Nathaniel Weibel pleaded guilty to attempted enticement of a minor using the internet and received 300 months in prison. *See* 18 U.S.C. §§ 2422(b), 2427. In a motion to vacate brought under 28 U.S.C. § 2255, he claimed that his attorney was ineffective for failing to file a notice of appeal. After finding that the attorney

testified credibly at an evidentiary hearing and that Weibel did not, the district court[1] denied relief.

Key to the district court's decision was the attorney's testimony, consistent with his handwritten notes, that Weibel never instructed him to file an appeal. Weibel was adamant that he had done so, but the court viewed his testimony as "convenient, self-serving[,] and generally not candid." With credibility findings like these "virtually unreviewable on appeal," *Kidd v. Norman*, 651 F.3d 947, 952 n.5 (8th Cir. 2011), we cannot say that anything in this record "le[aves] [us] with the definite and firm conviction that a mistake has been committed," *Anderson v. City of Bessemer City*, 470 U.S. 564, 573 (1985) (quotation marks omitted); *see United States v. Luke*, 686 F.3d 600, 604 (8th Cir. 2012) (subjecting these types of findings to clear-error review).

We accordingly affirm the judgment of the district court.

_____

[1]The Honorable Jeffrey L. Viken, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable Daneta Wollmann, United States Magistrate Judge for the District of South Dakota.